IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARK KIDD AND BUFFIE KIDD**                                                                 **PLAINTIFFS**

V.                                                            CIVIL ACTION NO. 1:08cv1443 LG-RHW

**STATE FARM FIRE AND CASUALTY CO.,**
**MIKE MEYERS, Individually, and as Agent**
**of STATE FARM FIRE AND CASUALTY COM.**
**and JOHN DOES 1-10.**                                                                  **DEFENDANTS**

## MOTION FOR DECLARATORY RELIEF

COME NOW Plaintiffs, Mark Kidd and Buffie Kidd, by and through undersigned counsel and respectfully move this Court for Declaratory Relief pursuant to Fed. R. Civ. P. 57 & 28 U.S.C. § 2201. The Plaintiffs seek a declaration that the appraisal clause is a valid and enforceable contract provision. For the reasons submitted in the accompanying memorandum, the Plaintiffs respectfully request the Court grant the Plaintiffs' relief.

In support thereof, Plaintiffs submit the following:

- A. Memorandum in Support of Motion for Declaratory Relief;
- B. State Farm Flood Policy No. 24-RC-0070-2 (Exhibit "A");
- C. Declaration Page Relative to State Farm Flood Policy No. 24-RC-0070-2 (Exhibit "B");
- D. Letter from undersigned counsel to Michael McCabe, Esq. (Exhibit "C"); and
- E. Email from Kristie Luke, Esq. to undersigned counsel (Exhibit "D").

Respectfully submitted, this the 20th day of October, 2009,

PLAINTIFFS, MARK and BUFFIE KIDD


BY:   *s/ Edward Gibson*
         EDWARD GIBSON

**OF COUNSEL:**

John F. Hawkins, Esq. (MSB# 9556)
Edward Gibson, Esq. (MSB# 100640)
*HAWKINS, STRACENER & GIBSON, PLLC*
544 Main Street
Bay St. Louis, Mississippi 39520
Ph. (228) 469-0785; Fx. (228) 466-9233

Brehm T. Bell, (MSB# 8433)
*BREHM T. BELL, PLLC*
544 Main Street
Bay St. Louis, Mississippi 39520
Ph. (228) 467-0006; Fx. (228) 466-9233

## **CERTIFICATE OF SERVICE**

I, Edward Gibson, hereby certify that on this day, I caused to be filed, via the ECF filing system, a true and correct copy of the above and foregoing Motion for Declaratory Relief which in turn forwarded a copy to all counsel of record as indicated below:

    Sherrie Moore, Esq.
    Michael McCabe, Esq.
    Allen, Cobb, Hood & Atkinson, P.A.
    P.O. Drawer 4108
    Gulfport, MS 39502-4108

    Kristie Luke Mouney, Esq.
    Nielsen Law Firm, LLC
    3838 North Causeway Blvd., Ste 2850
    Metairie, LA 70002

I further certify that there are no non-ECF counsel.

SO CERTIFIED, this the 20th day of October, 2009,

                                  *s/ Edward Gibson*
                                  EDWARD GIBSON