IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARK KIDD and BUFFIE KIDD** | § | **PLAINTIFFS** |
| | § | |
| v. | § | Civil Action No. 1:08CV1443-LG-RHW |
| | § | |
| **STATE FARM FIRE AND** | § | |
| **CASUALTY CO. and** | § | |
| **JOHN DOES 1-10** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [40] filed by the defendant, State Farm Fire and Casualty Company, the Court, after a full review and consideration of the defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order [52] entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of State Farm Fire and Casualty Company, pursuant to FED. R. CIV. P. 56. This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 4th day of December, 2009.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge