# COURT RECORD LOAN FORM
(Please Print)

U.S. District Court

*THIS PORTION REMAINS WITH COURT RECORDS*

No. 1:08cv1443   Short Title **Kidd vs. State Farm Fire**   Date **3-26-10**

To: **Rose M. Hurder**
Name

**153 Main Street**
Address

**Bay St. Louis   MS   39520**
City,    State    Zip

Documents Enclosed:
☒ Record Vols: **6**
* ☐ Exhibits ☐ Env. _____
☐ Box: _____
☐ Supp. Record Vols. _____
☐ Second Supp. Record Vols. _____
☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES*

**Attorney Return**   **SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit.** Complete the shaded area below and return this form to the 5th Circuit along with the documents.

To:   Clerk, 5th Circuit
      600 S. Maestri Place
      New Orleans, LA 70130

☒ Record Vols: **6**
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

Records above listed are returned to Clerk:
Attorney Name: _____
Date: _____

*THIS PORTION REMAINS WITH COURT RECORDS*

✂ Cut Here

**Clerk's Receipt**   To be completed by District Court Clerk's office and forwarded to person in previous section.

No. 1:08cv1443   Short Title **Kidd vs. State Farm Fire**

☒ Record Vols: **6**
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

Records in above case have been received by Clerk:
Name: _____
Date: _____

District: Southern

✂ Cut Here

**Attorney Forwarding Receipt**   If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.

No. 1:08cv1443   Short Title **Kidd vs. State Farm Fire**

☒ Record Vols: **6**
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

To:   Clerk, U.S. District Court
      2012 15th Street, Suite 403
      Gulfport, MS 39501

Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____   Date: _____

District: Southern

✂ Cut Here

**Attorney Receipt**   The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.

No. 1:08cv1443   Short Title **Kidd vs. State Farm Fire**

☒ Record Vols: **6**
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

To:   Clerk, U.S. District Court
      2012 15th Street, Suite 403
      Gulfport, MS 39501

Records in above case listed received:
Judge/Attorney Name: **Rose M. Hurder**
Date: **3/26/2010**

District: Southern